# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
AUG 2 5 2014

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>VANESSA PRECIADO (1),<br><br>　　　　　　　　Defendant. | CASE NO. 13CR1987-W<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

21 USC 952 AND 960 - IMPORTATION OF MARIJUANA

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 08/25/14

　　　　　　　　　　　　　　　　　　　　Thomas J Whelan
　　　　　　　　　　　　　　　　　　　　U.S. District Judge